UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: TREYVUS & KONOSKI, P.C.

---

ORAYNE MCEACHRON

                                                    Plaintiff(s)

                      - against -                Index # CV14 2941 (GLEESON)(LEVY)

THE CITY OF NEW YORK, ETAL                  Purchased May 9, 2014

                                                   Defendant(s)

                                                   **AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 13, 2014 at 01:31 PM at

C/O CORPORATION COUNSEL
ATTN: MESSENGER CENTER
100 CHURCH STREET, 1ST FLOOR
NEW YORK, NY10007

deponent served the within SUMMONS AND COMPLAINT on THE CITY OF NEW YORK therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to B. MAZYCK, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 50 | 5'6 | 200 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: May 14, 2014

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | ANDERSON CHAN |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 600722 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | |

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045